ALBERT A. VOLK COMPANY, INC., Respondent, *v.* FLESCHNER BROS., INC., et al., Appellants, et al., Defendants.

Argued October 20, 1948; decided November 24, 1948.

*Jonas J. Shapiro* and *Andrew R. Tyler* for appellants.
*Jacob I. Berman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.